424 A.2d 544

Commonwealth v. Ponton, Appellant.

Submitted June 29, 1979. Robert M. O'Donnell, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, GATES and DOWLING, JJ.*

Judgment of sentence affirmed.